■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE ROYAL, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Cunningham, J.—burglary, second degree.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

WILLIE ROYAL, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Cunningham, J.—sexual abuse, first degree.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.